## CHEEK v. STATE.
### No. 16083.

### Court of Criminal Appeals of Texas.
#### June 7, 1933.

Oscar Callaway, of Comanche, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for cattle theft; punishment being two years' confinement in the penitentiary.

The indictment charges the offense. The record contains neither statement of facts nor bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.